# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00033-CV

**Anna Hulett**

**v.**

**Kenneth Wayne Kuehn**

(No. 81050 IN 62ND DISTRICT COURT OF LAMAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | PAID | ANNA HULETT |
| MOTION FEE | $10.00 | NOT PAID | ANNA HULETT |
| MOTION FEE | $10.00 | PAID | ANNA HULETT |
| MOTION FEE | $10.00 | NOT PAID | ANNA HULETT |
| REPORTER'S RECORD | $148.50 | PAID | ANNA HULETT |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | ANNA HULETT |
| STATEWIDE EFILING FEE | $20.00 | PAID | ANNA HULETT |
| FILING | $100.00 | PAID | ANNA HULETT |
| INDIGENT | $25.00 | PAID | ANNA HULETT |
| CLERK'S RECORD | $33.00 | PAID | ANNA HULETT |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  $20.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this May 7, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy